# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TONY PATTERSON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 13-00479-KD-M |
| GARY HETZEL, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 7) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and entered November 14, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action be and is hereby **DISMISSED without prejudice** for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **20th** day of **December 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**